**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-01839-MSK-GPG

GALINA WARREN AND
JAMES WARREN,

     Plaintiffs,

v.

COMUNITY LENDING, INC., ET AL.,
BANK OF AMERICA N.A.,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,
MESA COUNTY TRUSTEE AND
DOES 1 THROUGH 20,

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER ADOPTING REPORT AND RECOMMENDATION [34] and granting the Motion to Dismiss [14] of Chief Judge Marcia S. Krieger entered on November 6, 2013 it is

ORDERED that Plaintiffs GALINA WARREN and JAMES WARREN recover nothing, that final judgment is entered in favor the defendants and against the plaintiffs, and that the action is dismissed for failure to state a cognizable claim.

    Dated at Denver, Colorado this 8th day of November, 2013.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By: s/Edward P. Butler
                                    Edward P. Butler, Deputy Clerk